

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

In the matter of the Estate of
Randy Lloyd, deceased,

No. 11-17-00300-CV

\* From the 1st Multicounty Court at
Law of Nolan County
Trial Court No. 6313.

\* June 29, 2018

\* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has considered Byron Gossett and Gossetts, Inc.'s agreed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Byron Gossett and Gossetts, Inc.